ACCEPTED
08-18-00028-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
5/18/2018 9:21 AM
DENISE PACHECO
CLERK

NO. 08-18-00028-CV

IN THE EIGHTH COURT OF APPEALS
El PASO, TEXAS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
5/18/2018 9:21:23 AM
DENISE PACHECO
Clerk

MARK BALSIGER,
Appellant,

V.

BANK OF AMERICA, N.A.,
Appellee.

From the 120th Judicial District Court
of El Paso, Texas
Trial Court Case No: 2017DCV0294

---

## APPELLEE'S FIRST MOTION FOR EXTENSTION OF TIME TO FILE BRIEF

---

Appellee respectfully requests the Court to extend the time to file its brief.

### A. Introduction

1. Appellant is MARK BALSIGER; Appellee is BANK OF AMERICA, N.A.

2. No rule limits the time within which to file this motion to extend. *See* Tex. R. App. P. 38.6(d)

### B. Argument & Authorites

3. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file the brief.

4. Appellant's brief was filed April 19, 2018. Appellee's brief is due on May 19, 2018.

5. Appellee requests an additional 20 days to file its brief, extending the time until June 8, 2018.

6. No Extension has previously been requested to extend time to file Appellee's brief.

7.  Appellee needs additional time to file its brief because undersigned counsel has been required to dedicate time to prepare for and attend trials in the following matters:

> Cause No. 1096539; *Bank of America, N.A. v. John Rex Wilson, III*; In the County Court at Law No. 3, Harris County, Texas; Cause No. 182100055685; *TD Auto Finance, LLC v. Mario Arredondo*; In the Justice Court Precinct 2, Position 1, Harris County, Texas; Cause No. 1101783; *Bank of America, N.A. v. Gidget Lee Archer*; In the County Court at Law No. 4, Harris County, Texas; and Cause No. 15-CCV-056182; *Bank of America, N.A. v. William G. Gammon*; In the County Court at Law No. 1, Fort Bend County, Texas.

8.  Additionally, counsel for Appellee is currently set for trial as lead counsel in the following cases scheduled next week:

> Cause No. 1086024; *Bank of America, N.A. v. Keith Houk*; In the County Court at Law No. 4, Harris County, Texas; Cause No. 17-08-10003; *Bank of America, N.A. v. Shawn L. Lewis*; In the 284th District Court, Montgomery County, Texas; and Cause No. 41DC1702945; *Bank of America, N.A. v. Jorge Castro*; In the Justice Court Precinct 4, Position 1, Bexar County, Texas.

Counsel for Appellee will be required to devote time for the preparation and attendance at the trials of the above-referenced matters.

## C. Conclusion

9.  Appellee requires additional time to prepare its brief due to additional commitments for pending trials.

## D. Prayer

10. For these reasons, Appellee respectfully requests the Court to grant an extension of time to file its brief until June 8, 2018.

Respectfully submitted,

COUCH, CONVILLE & BLITT

_____
Shawn R. Redman (SBN:24033112)
Email: shawn.redman@gulfsouthlegal.com
6200 Savoy Drive, Suite 440
Houston, Texas 77036
Telephone: 866/282-3853
Facsimile: 504/838-0244


ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with E.P. Bud Kirk, counsel for Appellant, by telephone on May 17, 2018, and he is unopposed to the Motion for Extension.

_____
Shawn Redman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellee's First Motion for Extension of Time to File Brief has been served upon Appellant via:

_____      certified U. S. mail, return receipt requested

_____      hand/messenger delivery

_____      regular first class U. S. mail, postage prepaid

__X___      facsimile transmission to (915) 581-3452

Said service being made this 18th day of May , 20 18 by sending to:

E.P. Bud Kirk
600 Sunland Park Drive
Bldg. Four, Ste. 400
El Paso, TX 79912

_____
Shawn Redman